UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT
TACOMA

| | |
|---|---|
| MAX VEKICH,<br><br>        Plaintiff,<br><br>        v.<br><br>ORIENT TARGET SHIPPING CO. LTD;<br>INTERORIENT MARINE SERVICES LTD;<br>INTERORIENT MARINE SERVICES (USA), INC., D.B.A. INTERORIENT NAVIGATION (USA) INC. and D.B.A. INTERORIENT SHIP MANAGEMENT, INC.;<br>DAMPSKIBSSELSKABET NORDEN A/S; and<br>NORDEN TANKERS & BULKERS (USA) INC.; owners/operators/agents/charterers of the M/V ORIENT TARGET,<br><br>        Defendants. | IN ADMIRALTY<br><br>NO.<br><br>COMPLAINT FOR PERSONAL INJURIES AND DAMAGES<br>[WITH JURY DEMAND] |

COMES NOW THE PLAINTIFF, MAX VEKICH, by and through his attorneys, Ron Meyers and Ken Gorton of Ron Meyers & Associates PLLC and Lance Palmer of Kraft Palmer Davies, PLLC, and for causes of action against defendants, alleges as follows:

COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES - 1

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912

1. <u>JURISDICTION</u>. This is an *in personam* claim for personal injuries sustained by a Longshore and Harbor Workers' Compensation Act (LHWCA) employee on navigable waters of the United States at Grays Harbor County, Washington against the owners/operators/agents/charterers of a merchant vessel.  Jurisdiction is vested in this court under the General Admiralty Law, 28 U.S.C. § 1333(1), Rule 9(h) of the Federal Rules of Civil Procedure, and 33 U.S.C. § 905(b).  The amount in controversy exceeds $75,000.

2. <u>VENUE</u>.  Venue is proper in the Tacoma Division of the U.S. District Court for the Western District of Washington because the injury took place in Grays Harbor County.

3. <u>PARTIES</u>.

3.1.  At all times material, plaintiff MAX VEKICH was a resident of King County, Washington.

3.2  At all times material, defendant ORIENT TARGET SHIPPING CO. LTD was the owner/operator/charterer and/or the agent for the owner/operator/charterer of the M/V ORIENT TARGET.

3.3  At all times material, defendant ORIENT TARGET SHIPPING CO. LTD has been based in Limassol, Cyprus.

3.4  At all times material, defendant ORIENT TARGET SHIPPING CO. LTD has done business in Grays Harbor County, Washington by operating the M/V ORIENT TARGET in Grays Harbor County, Washington.

3.5  At all times material, defendant INTERORIENT MARINE SERVICES LTD was the owner/operator/charterer and/or the agent for the owner/operator/charterer of the M/V ORIENT TARGET.

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 2

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912

3.6  At all times material, defendant INTERORIENT MARINE SERVICES LTD has been based in Limassol, Cyprus.

3.7  At all times material, defendant INTERORIENT MARINE SERVICES LTD has done business in Grays Harbor County, Washington by operating the M/V ORIENT TARGET in Grays Harbor County, Washington.

3.8  At all times material, defendant INTERORIENT MARINE SERVICES (USA), INC., doing business as INTERORIENT NAVIGATION (USA) INC. and as INTERORIENT SHIP MANAGEMENT, INC., was the owner/operator/charterer and/or the agent for the owner/operator/charterer of the M/V ORIENT TARGET.

3.9  At all times material, defendant INTERORIENT NAVIGATION (USA) INC. has been a Florida corporation based in Coral Gables, Florida.

3.10  At all times material, defendant INTERORIENT NAVIGATION (USA) INC. has done business in Grays Harbor County, Washington by operating the M/V ORIENT TARGET in Grays Harbor County, Washington.

3.11  At all times material, defendant DAMPSKIBSSELSKABET NORDEN A/S was the owner/operator/charterer and/or the agent for the owner/operator/charterer of the M/V ORIENT TARGET.

3.12  At all times material, defendant DAMPSKIBSSELSKABET NORDEN A/S has been based in Hellerup, Denmark and incorporated in Denmark.

3.13  At all times material, defendant DAMPSKIBSSELSKABET NORDEN A/S has done business in Grays Harbor County, Washington by operating the M/V ORIENT TARGET in Grays Harbor County, Washington.

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 3

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912

3.14  At all times material, defendant NORDEN TANKERS & BULKERS (USA) INC. was the owner/operator/charterer and/or the agent for the owner/operator/charterer of the M/V ORIENT TARGET.

3.15  At all times material, defendant NORDEN TANKERS & BULKERS (USA) INC. has been a Delaware corporation based in Annapolis, Maryland.

3.16  At all times material, defendant NORDEN TANKERS & BULKERS (USA) INC. has done business in Grays Harbor County, Washington by operating the M/V ORIENT TARGET in Grays Harbor County, Washington.

4. LIABILITY.

4.1  On or about March 17, 2010, while working in the scope and course of his employment as a Supercargo Clerk for Pasha Stevedoring & Terminals, plaintiff MAX VEKICH was assigned to work on the M/V ORIENT TARGET, docked at Terminal 2 at the Port of Grays Harbor for the purpose of taking on a cargo of soybean meal.

4.2  At that time and place, plaintiff MAX VEKICH was in the process of inspecting hatches on the deck of the M/V ORIENT TARGET.  In order to get to the hatches, he had to ascend and descend a set of metal stairs that allowed passage from one side to the other of a set of large pipes that ran horizontally across the deck of the M/V ORIENT TARGET.

4.3  At that time and place, when plaintiff MAX VEKICH ascended the set of metal stairs and reached the top step, his feet slipped out from under him and he fell down the stairs, sustaining injuries..

4.4.  At that time and place, the set of metal stairs was not equipped with handrails.

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 4

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912

4.5  At that time and place, the surface of the metal stairs was wet, coated with soybean meal dust, and unduly slippery as it did not have adequate non-skid materials applied according to industry standards, applicable regulations, custom and practice.

4.6  At that time and place, the set of metal stairs was not properly constructed and/or maintained according to industry standards, applicable regulations, custom and practice, and was unsafe to the extent that it was foreseeable to defendants that someone would likely fall on the stairs and be injured.

4.7  At that time and place, defendants' employees/agents, the crew of the M/V ORIENT TARGET, knew or should have known that the surface of the metal stairs was wet and coated with soybean meal dust, and should have taken steps to clean the surface of the stairs and remediate the condition prior to plaintiff's fall, or to warn him of the hazardous condition.

4.8  There was no contributory fault on the part of plaintiff MAX VEKICH.

4.9  There was no contributory fault on the part of non-parties.

5.  **DAMAGES**.

5.1  As a direct and proximate result of the negligence of defendants and their employees/agents, plaintiff MAX VEKICH sustained multiple rib fractures, loss of consciousness, left and right shoulder damage, and leg, back, neck and head injuries.

5.2  As a direct and proximate result of the negligence of defendants and their employees/agents, plaintiff MAX VEKICH has incurred medical expenses in the past for treatment of his injuries and will incur additional expenses in the future.

5.3  As a direct and proximate result of the negligence of defendants and their employees/agents, plaintiff MAX VEKICH has incurred additional losses for travel to and

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 5

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912

from medical appointments, for household assistance, and for various appliances.  He will incur additional losses in the future.

5.4  As a direct and proximate result of the negligence of defendants and their employees/agents, plaintiff MAX VEKICH has incurred a wage loss the past and will incur future wage loss/loss of wage earning capacity.

5.5  As a direct and proximate result of the negligence of defendants and their employees/agents, plaintiff MAX VEKICH has suffered permanent physical impairment, and he has suffered pain, disability and loss of enjoyment of life in the past and will suffer pain, disability and loss of enjoyment of life in the future.

6.  JURY DEMAND.  Pursuant to Fed.R.Civ.P. 81(c) and Local Civil Rules 38(b) and 101(d), plaintiff MAX VEKICH demands a jury on all issues.  Plaintiff's Jury Demand is timely and the proper fee has been paid.

WHEREFORE, plaintiff prays for damages to be awarded against defendants in an amount to be determined by the presentation of evidence at the time of trial, together with prejudgment interest on the award, and taxable costs.

DATED this 11th day of  February, 2013.

By:  *s/ Lance Palmer*
Lance E. Palmer, WSBA #18141
Kraft Palmer Davies, PLLC
1001 Fourth Avenue, Suite 4131
Seattle, WA 98154-1155
Telephone: (206) 624-8844
Fax: (206) 624-2912
E-mail: LEP@admiralty.com
Attorneys for Plaintiff

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 6

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912